Certificate Number: 14912-CAC-DE-037928509

Bankruptcy Case Number: 23-12353



14912-CAC-DE-037928509

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 9, 2023</u>, at <u>9:57</u> o'clock <u>PM EST</u>, <u>Elizabeth Matias</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:   <u>November 9, 2023</u>          By:   <u>/s/Jai Bhatt</u>

                                        Name: <u>Jai Bhatt</u>

                                        Title: <u>Counselor</u>