| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com | |

☐ Debtor(s) appearing without an attorney
☑ Attorney for Debtor(s)

## United States Bankruptcy Court
## Central District of California - Santa Ana Division

In re:
Elizabeth M Matias

CASE NO.:
CHAPTER: 7

**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**

[11 U.S.C. § 521(a)(1)(B)(iv)]

Debtor(s).

[No hearing required]

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 10/31/2023    Elizabeth M Matias    /s/ (signed)
                    Printed name of Debtor 1    Signature of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                Printed name of Debtor 2    Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015    F 1002-1.EMP.INCOME.DEC

| Memorial Health Services | Pay Group: | H10-Ten Hour Shift/40 Work Week | Business Unit: | MHS00 |
|---|---|---|---|---|
| 17360 Brookhurst | Pay Begin Date: | 09/03/2023 | Advice #: | 74410716 |
| Fountain Valley, CA 92708 | Pay End Date: | 09/16/2023 | Advice Date: | 09/22/2023 |

| | | | **TAX DATA:** | **Federal** | **CA State** |
|---|---|---|---|---|---|
| **Elizabeth Matias** | Employee ID: | 163821 | Marital Status: | Single | S/M-2 inc |
| 13902 parkway dr | Department: | 861045-MemorialCare Navigation Center | Allowances: | 0 | 1 |
| Garden grove, CA 92843 | Location: | MCSS-MemorialCare Shared Svcs | Addl. Pct.: | | |
| | Job Code(s): | M-0039 | Addl. Amt.: | | |
| ***-**-7605 | JobPayRate(s): | 23.76 | | | |

### HOURS AND EARNINGS

| Deptid | JobCode | Description | ------Pay Period------ Begin Date | End Date | ---------- Current ---------- Rate | Hours | Earnings |
|---|---|---|---|---|---|---|---|
| 861045 | / M-0039 / FL | Family Leave/PTO | | | 23.76 | 4.89 | 116.19 |
| 861045 | / M-0039 / FU | Family Leave Unpaid Ho | | | | 32.00 | 0.00 |
| 861045 | / M-0039 / FU | Family Leave Unpaid Ho | | | | 8.00 | 0.00 |
| 861045 | / M-0039 / FU | Family Leave Unpaid Ho | | | | 3.05 | 0.00 |
| 861045 | / M-0039 / ST | * Straight Time | | | 23.76 | 8.06 | 191.51 |

TOTAL: (* Hours worked were  8.06)       56.00    307.70

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 999.68 |
| Fed MED/EE | 4.46 | 272.31 |
| Fed OASDI/EE | 19.08 | 1,164.38 |
| CA Withholdng | 0.00 | 212.86 |
| CA OASDI/EE | 2.77 | 169.02 |
| Total | 26.31 | 2,818.25 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401K Employee Contribution | 3.08 | 187.78 |
| Total: | 3.08 | 187.78 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Life & AD&D | 1.04 | 19.12 |
| Long Term Disability | 4.47 | 48.13 |
| *Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 307.70 | 304.62 | 26.31 | 3.08 | 278.31 |
| YTD | 18,780.27 | 18,592.49 | 2,818.25 | 187.78 | 15,774.24 |

### OTHER BALANCES

| | |
|---|---|
| Total PTO Hours: | 1.25 |
| PTO Hours Accrued this Pay Period: | 1.25 |
| PTO Accrual Rate (Per Hour): | 0.096154 |
| CA Paid Sick Leave(Per Diem): | 00.00 |
| KinCare (1/2 PTO accrual): | 1.25 |
| Employee Retirement Deduction %: | N/A |
| Retirement Qualifying Hours: | 809.87 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Advice # | 74410716 | 278.31 |
| **Total:** | | **278.31** |

**MESSAGE:**

---

**Memorial Health Services**      Date: 09/22/2023      **Advice No. 74410716**
17360 Brookhurst
Fountain Valley, CA 92708

**Deposit Amount:** **$278.31**

To The Account(s) Of  861045-MemorialCare Navigation Center
**ELIZABETH MATIAS**
13902 parkway dr
Garden grove, CA  92843
Location: MCSS-MemorialCare Shared Svcs

**DIRECT DEPOSIT DISTRIBUTION**

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | *****1703 | 278.31 |
| Total: | | 278.31 |

## NON-NEGOTIABLE

| Memorial Health Services<br>17360 Brookhurst<br>Fountain Valley, CA  92708 | | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | H10-Ten Hour Shift/40 Work Week<br>09/17/2023<br>09/30/2023 | Business Unit:<br>Advice #:<br>Advice Date: | MHS00<br>74421748<br>10/06/2023 |
|---|---|---|---|---|---|

| **Elizabeth Matias**<br>13902 parkway dr<br>Garden grove, CA  92843<br>***-**-7605 | Employee ID:<br>Department:<br>Location:<br>Job Code(s):<br>JobPayRate(s): | 163821<br>861045-MemorialCare Navigation Center<br>MCSS-MemorialCare Shared Svcs<br>M-0039<br>23.76 | TAX DATA:<br>Marital Status:<br>Allowances:<br>Addl. Pct.:<br>Addl. Amt.: | Federal<br>Single<br>0 | CA State<br>S/M-2 inc<br>1 |
|---|---|---|---|---|---|

### HOURS AND EARNINGS

| Deptid | JobCode | Description | Begin Date | End Date | Rate | Hours | Earnings |
|---|---|---|---|---|---|---|---|
| 861045 | / M-0039 / FL | Family Leave/PTO | | | 23.76 | 1.25 | 29.70 |
| 861045 | / M-0039 / FU | Family Leave Unpaid Ho | | | | 6.14 | 0.00 |
| 861045 | / M-0039 / FU | Family Leave Unpaid Ho | | | | 6.40 | 0.00 |
| 861045 | / M-0039 / FU | Family Leave Unpaid Ho | | | | 16.00 | 0.00 |
| 861045 | / M-0039 / ST | * Straight Time | | | 23.76 | 20.86 | 495.63 |
| 861045 | / M-0039 / ST | * Straight Time | | | 23.76 | 8.38 | 199.11 |
| 861045 | / M-0039 / UA | Unscheduled Hrs/Unpaid | | | | 5.01 | 0.00 |

TOTAL: (* Hours worked were 29.24) — 64.04 — 724.44

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 18.45 | 1,018.13 |
| Fed MED/EE | 10.51 | 282.82 |
| Fed OASDI/EE | 44.91 | 1,209.29 |
| CA Withholdng | 1.18 | 214.04 |
| CA OASDI/EE | 6.52 | 175.54 |
| Total | 81.57 | 2,899.82 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401K Employee Contribution | 7.24 | 195.02 |
| Total: | 7.24 | 195.02 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Life & AD&D | 1.04 | 20.16 |
| Long Term Disability | 4.47 | 52.60 |

*Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 724.44 | 717.20 | 81.57 | 7.24 | 635.63 |
| YTD | 19,504.71 | 19,309.69 | 2,899.82 | 195.02 | 16,409.87 |

### OTHER BALANCES

| | |
|---|---|
| Total PTO Hours: | 2.93 |
| PTO Hours Accrued this Pay Period: | 2.93 |
| PTO Accrual Rate (Per Hour): | 0.096154 |
| CA Paid Sick Leave(Per Diem): | 00.00 |
| KinCare (1/2 PTO accrual): | 2.93 |
| Employee Retirement Deduction %: | N/A |
| Retirement Qualifying Hours: | 840.36 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Advice # | 74421748 | 635.63 |
| Total: | | 635.63 |

MESSAGE:

---

**Memorial Health Services**
17360 Brookhurst
Fountain Valley, CA  92708

Date: 10/06/2023

Advice No. 74421748

**Deposit Amount:** $635.63

To The
Account(s) Of  861045-MemorialCare Navigation Center
**ELIZABETH MATIAS**
13902 parkway dr
Garden grove, CA  92843
Location: MCSS-MemorialCare Shared Svcs

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | *****1703 | 635.63 |
| Total: | | 635.63 |

## NON-NEGOTIABLE

| Memorial Health Services<br>17360 Brookhurst<br>Fountain Valley, CA 92708 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | TTO-Ten Hour Shift-40 Work Week<br>10/01/2023<br>10/14/2023 | Business Unit:<br>Advice #:<br>Advice Date: | MHS00<br>74432688<br>10/20/2023 |
|---|---|---|---|---|

| | | TAX DATA: | Federal | CA State |
|---|---|---|---|---|
| **Elizabeth Matias**<br>13902 parkway dr<br>Garden grove, CA 92843<br>***-**-7605 | Employee ID: 163821<br>Department: 861045-MemorialCare Navigation Center<br>Location: MCSS-MemorialCare Shared Svcs<br>Job Code(s): M-0039<br>JobPayRate(s): 23.76 | Marital Status:<br>Allowances:<br>Addl. Pct.:<br>Addl. Amt.: | Single<br>0 | S/M-2 inc<br>1 |

### HOURS AND EARNINGS

| Deptid | JobCode | Description | Begin Date | End Date | Rate | Hours | Earnings |
|---|---|---|---|---|---|---|---|
| 861045 | /M-0039 /FL | Family Leave/PTO | | | 23.76 | 2.93 | 69.62 |
| 861045 | /M-0039 /FU | Family Leave Unpaid Ho | | | | 12.39 | 0.00 |
| 861045 | /M-0039 /FU | Family Leave Unpaid Ho | | | | 17.31 | 0.00 |
| 861045 | /M-0039 /ST * | Straight Time | | | 23.76 | 19.62 | 466.17 |
| 861045 | /M-0039 /ST * | Straight Time | | | 23.76 | 11.76 | 279.42 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 27.44 | 1,045.57 |
| Fed MED/EE | 11.82 | 294.64 |
| Fed OASDI/EE | 50.55 | 1,259.84 |
| CA Withholdng | 3.16 | 217.20 |
| CA OASDI/EE | 7.34 | 182.88 |

TOTAL: (* Hours worked were 31.38)    64.01    815.21    Total    100.31    3,000.13

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401K Employee Contribution | 8.15 | 203.17 |
| Total: | 8.15 | 203.17 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Life & AD&D | 1.04 | 21.20 |
| Long Term Disability | 4.47 | 57.07 |

*Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 815.21 | 807.06 | 100.31 | 8.15 | 706.75 |
| YTD | 20,319.92 | 20,116.75 | 3,000.13 | 203.17 | 17,116.62 |

### OTHER BALANCES

| | |
|---|---|
| Total PTO Hours: | 3.30 |
| PTO Hours Accrued this Pay Period: | 3.30 |
| PTO Accrual Rate (Per Hour): | 0.096154 |
| CA Paid Sick Leave(Per Diem): | 00.00 |
| KinCare (1/2 PTO accrual): | 3.30 |
| Employee Retirement Deduction %: | N/A |
| Retirement Qualifying Hours: | 874.67 |

### NET PAY DISTRIBUTION

| Advice # | 74432688 | 706.75 |
|---|---|---|
| **Total:** | | **706.75** |

**MESSAGE:**

---

**Memorial Health Services**
17360 Brookhurst
Fountain Valley, CA 92708

Date: 10/20/2023

Advice No. 74432688

**Deposit Amount:** $706.75

To The
Account(s) Of    861045-MemorialCare Navigation Center
**ELIZABETH MATIAS**
13902 parkway dr
Garden grove, CA 92843
Location: MCSS-MemorialCare Shared Svcs

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | *****7220 | 706.75 |
| Total: | | 706.75 |

## NON-NEGOTIABLE

| Memorial Health Services | Pay Group: | H10-Ten Hour Shift/40 Work Week | Business Unit: | MHS00 |
| 17360 Brookhurst | Pay Begin Date: | 10/15/2023 | Advice #: | 74444155 |
| Fountain Valley, CA 92708 | Pay End Date: | 10/28/2023 | Advice Date: | 11/03/2023 |

| | | | TAX DATA: | Federal | CA State |
|---|---|---|---|---|---|
| **Elizabeth Matias** | Employee ID: | 163821 | Marital Status: | Single | S/M-2 inc |
| 13902 parkway dr | Department: | 861045-MemorialCare Navigation Center | Allowances: | 0 | 1 |
| Garden grove, CA 92843 | Location: | MCSS-MemorialCare Shared Svcs | Addl. Pct.: | | |
| ***-**-7605 | Job Code(s): | M-0039 | Addl. Amt.: | | |
| | JobPayRate(s): | 23.76 | | | |

### HOURS AND EARNINGS

| Deptid | JobCode | Description | Begin Date | End Date | Rate | Hours | Earnings |
|---|---|---|---|---|---|---|---|
| 861045 | /M-0039/ FL | Family Leave/PTO | | | 23.76 | 3.30 | 78.41 |
| 861045 | /M-0039/ FU | Family Leave Unpaid Ho | | | | 8.00 | 0.00 |
| 861045 | /M-0039/ FU | Family Leave Unpaid Ho | | | | 10.97 | 0.00 |
| 861045 | /M-0039/ FU | Family Leave Unpaid Ho | | | | 8.53 | 0.00 |
| 861045 | /M-0039/ FU | Family Leave Unpaid Ho | | | | 8.29 | 0.00 |
| 861045 | /M-0039/ ST | * Straight Time | | | 23.76 | 8.32 | 197.68 |
| 861045 | /M-0039/ ST | * Straight Time | | | 23.76 | 11.92 | 283.22 |
| 861045 | /M-0039/ UA | Unscheduled Hrs/Unpaid | | | | 4.70 | 0.00 |

TOTAL: (* Hours worked were 20.24)   64.03   559.31

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 2.10 | 1,047.67 |
| Fed MED/EE | 8.11 | 302.75 |
| Fed OASDI/EE | 34.67 | 1,294.51 |
| CA Withholdng | 0.00 | 217.20 |
| CA OASDI/EE | 5.03 | 187.91 |
| Total | 49.91 | 3,050.04 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401K Employee Contribution | 5.59 | 208.76 |
| Total: | 5.59 | 208.76 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Life & AD&D | 1.04 | 22.24 |
| Long Term Disability | 4.47 | 61.54 |

*Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 559.31 | 553.72 | 49.91 | 5.59 | 503.81 |
| YTD | 20,879.23 | 20,670.47 | 3,050.04 | 208.76 | 17,620.43 |

### OTHER BALANCES

| | |
|---|---|
| Total PTO Hours: | 2.26 |
| PTO Hours Accrued this Pay Period: | 2.26 |
| PTO Accrual Rate (Per Hour): | 0.096154 |
| CA Paid Sick Leave(Per Diem): | 00.00 |
| KinCare (1/2 PTO accrual): | 2.26 |
| Employee Retirement Deduction %: | N/A |
| Retirement Qualifying Hours: | 898.21 |

### NET PAY DISTRIBUTION

| Advice # | 74444155 | 503.81 |
|---|---|---|
| **Total:** | | **503.81** |

MESSAGE:

---

Memorial Health Services
17360 Brookhurst
Fountain Valley, CA 92708

Date: 11/03/2023

Advice No. 74444155

**Deposit Amount: $503.81**

To The Account(s) Of   861045-MemorialCare Navigation Center
**ELIZABETH MATIAS**
13902 parkway dr
Garden grove, CA 92843
Location: MCSS-MemorialCare Shared Svcs

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | *****7220 | 503.81 |
| Total: | | 503.81 |

## NON-NEGOTIABLE